No. 77–5106.  GRAVES, AKA BROWN *v.* POWERS, JUDGE, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 77–5107.  SCOTT ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5115.  GAMBLE *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 77–5116.  STOVALL *v.* MAGGIO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 77–5128.  BARTLETT *v.* DOWNTOWN TOLEDO ASSOCIATES, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 77–5141.  EMRISKO ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–5164.  SNOW *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–5171.  KINCADE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–5212.  HUTTON *v.* UNITED STATES; and
No. 77–5225.  WHITE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 558 F. 2d 1265.

No. 77–5243.  DOWD *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 77–5258.  KOPEL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 77–5266.  WILKERSON, AKA JONES *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 77–5267.  GREENE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.